IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                              CIVIL ACTION NO.: 2:26-cv-00112

**APPROXIMATELY $6,066.00 IN UNITED STATES CURRENCY,
BEAR CREEK ARSENAL .300 BLK. RIFLE BEARING SN: A131683,
and GLOCK 29 GEN 5 PISTOL CAL:10 SN: CEBT973,**

        **Defendants** *in rem*.

**Jason Daughtry**
**James Workman**

## VERIFIED COMPLAINT OF FORFEITURE IN REM

COMES NOW, the United States of America ("United States"), by and through its attorneys, Moore Capito, United States Attorney for the Southern District of West Virginia, and Justin A. Marlowe, Assistant United States Attorney for the Southern District of West Virginia, and respectfully brings this Verified Complaint of Forfeiture *in rem* and alleges as follows in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

## NATURE OF THE ACTION

1. This is a civil action *in rem* brought on behalf of the United States, pursuant to 18 U.S.C. § 983(a), to enforce the provisions of 21 U.S.C. §§ 881(a) and 881(a)(6), for the forfeiture

1

of the above listed assets ("Defendants Properties") that constitute proceeds of or which was used or intended to be used in any manner or part to commit or to facilitate the commission of one or more violations of 21 U.S.C. § 841(a)(1).

## THE DEFENDANT IN REM

2. The Defendants *in rem*, were seized by law enforcement located in Dunbar, West Virginia and consists of the following properties:

   a. Bear Creek Arsenal .300 BLK. Rifle Bearing Serial Number: A131683;
   b. Glock 29 GEN 5 Pistol Cal:10 Serial Number: CEBT973, and
   c. $6,066.00 in United States currency.

3. The Defendants Properties are presently in the custody of the United States, specifically with the United States Postal Inspection Service.

## JURISDICTION AND VENUE

4. Plaintiff, United States of America, brings this action *in rem* in its own right to forfeit and condemn the Defendants Properties. This Court has jurisdiction over an action commenced by United States under 28 U.S.C. § 1345 and 28 U.S.C. § 1355(a) because this forfeiture action has been commenced by the United States.

5. This Court has *in rem* jurisdiction pursuant to: (1) 28 U.S.C. § 1355(b)(1)(A), because acts and omissions giving rise to the forfeiture occurred in this district; and (2) 28 U.S.C. § 1355(b)(1)(B), incorporating 28 U.S.C. § 1395, because the Defendant Properties are located within the Southern District of West Virginia.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A), because the acts or omissions giving rise to the forfeiture occurred in this district and, pursuant to 28 U.S.C. § 1395(b) because the Defendant Properties are located within this district.

7. Upon the filing of this Verified Complaint of Forfeiture *in rem*, the United States requests that the Clerk of this Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b)(i), which the United States will execute upon the Defendant Properties pursuant to Supplemental Rule G(3)(c).

## FACTS

8. On September 22, 2025, United States Postal Inspection Service ("USPIS") Task Force Officers ("TFO") executed a federal search warrant on USPS Ground Advantage parcel bearing tracking number 9534 6108 6036 5258 6871 14 addressed to Spencer King, 256 Pine Circle, Dunbar, West Virginia 25064.

9. Located inside the parcel were three vacuum sealed bags containing numerous suspected THC vape cartridges. Total approximate weight was 7,341.8 grams and consisted of approximately 160 individual units.

10. TFO then sought and obtained an anticipatory search warrant through Kanawha County Magistrate Court on the same day, requesting authority to search the residence of 256 Pine Circle, Dunbar, WV 25064.

11. TFO delivered the package to 256 Pine Circle, Dunbar, WV 25064. A female identified at Madelyn Workman retrieved the package and placed it inside the residence. TFO also identified Maxwell Workman leave the residence.

12.     The search warrant for 256 Pine Circle, was executed. Upon entry TFO contacted Madelyn Workman who advised she lived at the residence along with her brother Maxwell Workman and his girlfriend.

13.     TFO located a black Sentry safe, within the safe investigators located a Glock Model 29 Generation 5 with a serial number of CEBT973. The firearm was found unloaded as a magazine was not present in or with it. Also included in the safe was U.S. currency totaling approximately $6,002.00, approximately 28.9 grams of field-tested cocaine, functioning digital scales and a spoon.

14.     TFO located an opened vacuum sealed bag containing suspected THC vape cartridges. The bag was to the immediate left of the safe laying on the floor. The THC vape cartridges were same type of THC cartridges which were seized from the subject parcel. Furthermore, approximately three feet in front of the safe was a plastic upright storage. The plastic locker door was open with three large bags of suspected marijuana concealed within the bottom. The suspected marijuana was found on top of a framed karate certificate in the name of Maxwell Workman.

15.     Underneath a mattress located in a bedroom was an AR style pistol. The pistol was identified as a Bear Creek Arsenal Model BCA15, chambered in .300 blackout. The firearm bore the serial number of A131683. The firearm did not have a round in the chamber but did have a loaded magazine inserted within with up to a 30-round capacity.

16.     In the Kitchen investigators located a second AR style pistol. The pistol was identified as an Anderson Manufacturing Model AM-15, chambered in 5.56. The firearm bore the

serial number of 24015235. The firearm did not have a round in the chamber but did have a loaded magazine inserted within, with up to a 60-round capacity. In addition, this firearm had a black mesh bag attached to the side which was intended to catch any spent shell casings.

17. Investigators located three bags of suspected marijuana. These three bags had been opened and appeared to have some of the product removed. Additionally, next to the bags was a functioning digital scale with a pot sitting on top of it. The scale and pot were covered with suspected marijuana residue. Both items were found to be consistent with the weighing of larger quantities of marijuana for distribution. Also located in the same room, investigators located a black box marked, Ace Ultra-Premium. This large box was almost empty as it contained three THC vape cartridges.

18. In the garage next to the garage door, TFOs located the subject parcel. The subject parcel was not opened and was found to be in the same state as when it was delivered.

19. Between the two front doors of the subject residence, TFOs located $64 US currency. This US currency was accessible from the glass door which was unlocked at the time of the search warrant execution.

20. Also in the garage, TFOs located USPS Ground Advantage parcel bearing tracking number 9534 6108 6039 5249 0218 18 with a return address of Colin Turner, 4070 Greenbriar Blvd., Burton, MI 48529 and a delivery address of Chase Stover, 256 Pine Circle, Dunbar, WV 25064. Investigators located a vacuum sealer and rolls of vacuum sealer bags. These items were laid out on the floor as if they had recently been used. Furthermore, based upon the other items

located in the room, away from the kitchen, it was believed to be used in the furtherance of drug distribution.

## CONCLUSION

By virtue of the foregoing and pursuant to 18 U.S.C. § 981(f), all right, title and interest in the Defendant Properties *in rem* vested in the United States at the time of the commission of the unlawful acts giving rise to forfeiture have become and is forfeitable to the United States.

WHEREFORE, the United States requests that notice of this action be given to all persons who reasonably appear to be potential claimants to the Defendants Properties *in rem*; that judgment be entered declaring the Defendants Properties *in rem* to be forfeited and condemned to the United States of America for disposition according to law; that plaintiff be awarded its costs disbursements in this action; and that the Court award such other and further relief as it deems proper and just.

Respectfully submitted,

MOORE CAPITO
United States Attorney

By:   /s/ Justin A. Marlowe
JUSTIN A. MARLOWE
Assistant United States Attorney
WV State Bar No. 9695
300 Virginia Street, East, Room 4000
Charleston, WV   25301
Phone: 304-345-2200
Fax: 304-347-5104
E-mail: Justin.Marlowe@usdoj.gov

# VERIFICATION

STATE OF WEST VIRGINIA
COUNTY OF KANAWHA, TO-WIT:

I, Brandon S. Holestine, United States Postal Inspector, hereby verify and declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That the foregoing Verified Complaint for Forfeiture in rem is based upon reports and information I personally have prepared or gathered and which have been provided to me by various law enforcement personnel, and that everything contained therein is true and correct to the best of my knowledge and belief, except where stated to be upon information and belief, in which case I believe it to be true.

Executed on February 17th, 2026.

_____
BRANDON S. HOLESTINE

Taken, subscribed and sworn to before me this 17th day of February 2026.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Pamela Sue Hudson
205 Summit Drive
Scott Depot, WV 25560
My Commission Expires July 31, 2030

_____
Notary Public

My commission expires on July 31, 2030.